UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH D MATHEIS, | ) | |
| | ) | CASE NO. C08-4055 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| MICHAEL J ASTRUE. | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

The Commissioner's decision is reversed in its entirety, and this case is remanded. Matheis is entitled to an immediate finding of disability, and for an immediate calculation and award of benefits, from August 30, 2004.

.

DATED: <u>August 21, 2009</u>

<u>Robert L. Phelps</u>
Clerk of Court

<u>S/src</u>
By: Deputy Clerk