IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN  DIVISION


| | | |
|---|---|---|
| KENNETH D MATHEIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C08-4055 MWB |
| | ) | ATTORNEY FEE |
| | ) | JUDGMENT IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| MICHAEL J ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |


This action came before the Court.  The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff is awarded attorney fees in the amount of $5,500.00 (five-thousand five-hundred dollars and no cents), pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.


DATED: September 23, 2009


Robert L Phelps
Clerk

S/src
(By) Deputy Clerk